UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EARL L. RINKER, II, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:08CV00667 JCH |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant(s). ) | |

## **ORDER**

This matter is before the Court upon Plaintiff's Motion for Attorney's Fees, filed November 21, 2009. (Doc. No. 23). In his motion, Plaintiff requests an award of attorney's fees in the amount of $ 4,876.75, pursuant to 28 U.S.C. § 2412(d). Defendant filed a response stating that he does not object to the attorney's fees award. (Doc. No. 24). Upon consideration, the Court finds Plaintiff's fee request to be reasonable.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Attorney's Fees (Doc. No. 23) is **GRANTED**.

**IT IS FURTHER ORDERED** that attorney's fees in the amount of $ 4,876.75 shall be paid by the Social Security Administration directly to Plaintiff's counsel, David D. Camp.

Dated this 1st day of December, 2009.

/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE